BEFORE THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JEREMY BENNETT** | : | C.N. 2:21-cv-5318 |
| Plaintiff, | | JUDGE ALGENON MARBLY |
| | : | |
| v. | | MAGISTRATE KIMBERLY JOLSON |
| **MARY MERTZ, in her official capacity as executive director of the Ohio Department of Natural Resources, Et Al.,** | : | |
| | : | NOTICE OF APPEARANCE AS COUNSEL FOR ALL DEFENDANTS |
| Defendants. | | |

Now comes Matthew E. Meyer, admitted to this Court and otherwise authorized to appear, and hereby enter their appearance on behalf of Defendants Mary Mertz, Kendra Wecker, and Christopher Dodge in the above-captioned matter.

Respectfully Submitted,

FOR ALL DEFENDANTS:

DAVE YOST
OHIO ATTORNEY GENERAL

/s/ Matthew E. Meyer
Daniel J. Martin (0065249) *Trial Counsel*
Pearl Chin (0078810)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, Ohio 43215
(614) 466-2766
Fax:	(614) 644-1926

Email:  Daniel.Martin@OhioAGO.gov
         Pearl.Chin@OhioAGO.gov

Matthew E. Meyer (0075253)
Assistant Attorney General
Environmental Enforcement Section
615 W. Superior Ave., 11th Floor
Cleveland, Ohio 43215
(216) 787-3095
Fax:    (866) 364-2061
Email:  Matthew.Meyer@OhioAgo.gov

Counsel for Defendants Mertz, Wecker & Dodge

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the Notice of Appearance of Counsel for All Defendants has been served by operation of the Court's ECF electronic filing notification system and also via Email on this 10th day of December, 2021 to the following:

Patrick T. Lewis
Baker & Hostetler, LLP
Key Tower
127 Public Square, ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
Fax 216-696-0740
Email: plewis@bakerlaw.com

Joshua Aaron Windham*
Joseph Randall Gay*
Robert Peller Frommer*
*Pro Hac Vice
Institute for Justice
901 North Glebe Rd. Suite 900
Arlington, VA 22203
(703) 682-9320
Email: Jwindham@ij.org
        Jgay@ij.org

Rfrommer@ij.org

Counsel for Plaintiff
Jeremy Bennett

/s/Matthew E. Meyer
Matthew E. Meyer (0075253)