IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEREMY BENNETT,<br><br>                Plaintiff,<br><br>v.<br><br>MARY MERTZ, in her official capacity as executive director of the Ohio Department of Natural Resources; KENDRA WECKER, in her official capacity as chief of the Division of Wildlife within the Ohio Department of Natural Resources; and CHRISTOPHER DODGE, in his official capacity as an officer for the Division of Wildlife,<br><br>                Defendants. | Case No. 2:21-cv-5318-ALM-KAJ<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

**STIPULATION OF VOLUNTARY DISMISSAL**

Now come the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the voluntary dismissal of this action with prejudice, pursuant to and in consideration of a Settlement and Release executed separately by the parties on June 13, 2022, with this Court retaining jurisdiction to interpret and enforce the parties' Settlement and Release.

**SO STIPULATED**:

Date: June 13, 2022

| FOR DEFENDANTS: | FOR PLAINTIFF: |
|---|---|
| **DAVE YOST**<br>**OHIO ATTORNEY GENERAL** | |
| /s/ Daniel Martin by /s/ Patrick Lewis per email authorization<br>Daniel J. Martin (0065249)<br>*Trial Attorney*<br>Pearl Chin (0078810)<br>Assistant Attorneys General<br>Environmental Enforcement Section<br>30 East Broad Street<br>25th Floor<br>Columbus, Ohio 43215<br>(614) 466-2766<br>Fax (614) 644-1926<br>Email: Daniel.Martin@OhioAGO.gov<br>       Pearl.Chin@OhioAGO.gov<br><br>Matthew E. Meyer (0075253)<br>Assistant Attorney General<br>Environmental Enforcement Section<br>615 W. Superior Ave., 11th Floor<br>Cleveland, Ohio 43215<br>(216) 787-3095<br>Fax: (866) 364-2061<br>Email: Matthew.Meyer@OhioAgo.gov<br><br>*Counsel for Defendants Mertz, Wecker & Dodge* | /s/ Patrick Lewis<br>Patrick T. Lewis (0078314)<br>*Trial Attorney*<br>BAKER HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>(216) 861-7096 / Fax (216) 696-0740<br>plewis@bakerlaw.com<br><br>Joshua Windham*<br>Joseph Gay*<br>Robert Frommer*<br>* *Pro Hac Vice*<br>INSTITUTE FOR JUSTICE<br>901 North Glebe Road, Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>jwindham@ij.org<br>jgay@ij.org<br>rfrommer@ij.org<br><br>*Counsel for Plaintiff* |

**SO ORDERED**, this __ day of _____, 202_.

_____
ALGENON L. MARBLEY
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J. Martin (0065249)
*Trial Counsel*
Pearl M. Chin (0078810)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, Ohio 43215
(614) 466-2766
Fax: (614) 644-1926
Email: Daniel.Martin@OhioAGO.gov
          Pearl.Chin@OhioAGO.gov

Matthew E. Meyer (0075253)
Assistant Attorney General
Environmental Enforcement Section
615 W. Superior Ave., 11th Floor
Cleveland, Ohio 43215
(216) 787-3095
Fax: (866) 364-2061
Email: Matthew.Meyer@OhioAgo.gov

*Counsel for Defendants Mertz, Wecker & Dodge*

This the 13th day of June, 2022.

                                                /s/ Patrick Lewis
                                                Patrick T. Lewis
                                                *Counsel for Plaintiff*